**Motion Denied and Order filed April 23, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00513-CR**

_____

**PEDRO REYES TREJO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 04-06-11756**

## ORDER

Appellant is represented by appointed counsel, Calvin Garvie. Appellant's brief was originally due January 30, 2015. We granted an extension of time to file appellant's brief until March 30, 2015, noting that no further extensions would be granted absent exceptional circumstances. No brief was filed. Counsel and the trial court were notified on April 8, 2015, that no brief had been received. On April 17, 2015, counsel filed a further request for extension of time to file appellant's brief

until May 10, 2015. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Calvin Garvie to file a brief with the clerk of this Court within 30 days of the date of this order. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Christopher, Brown and Wise